**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL LOPEZ, an individual,<br>Plaintiff,<br>vs.<br>CENTRAL TRANSPORT, LLC, a Michigan Limited Liability Company;, and DOES 1 through 100, inclusive,<br>Defendants. | Case No. 1:25-CV-01616-JLT-EPG<br>JOINT STIPULATION FOR ORDER CONTINUING DISCOVERY DEADLINES, EXPERT RELATED DEADLINES, AND DISPOSITIVE MOTION DEADLINES<br>(ECF No. 13) |

Defendant CENTRAL TRANSPORT LLC ("Defendant") and Plaintiff MIGUEL LOPEZ ("Plaintiff") (jointly, the "Parties"), through their respective counsel of record, and subject to the Court's approval, stipulate as follows:

WHEREAS, Plaintiff filed this action on October 17, 2025, in the Superior Court for the State of California, the County of Tulare, in the matter entitled *Miguel Lopez v. Central Transport LLC, et al* Case No. VCU327101 ("State Court Action") (Dkt. No. 1-1).

WHEREAS, Defendant removed the State Court Action to the United States District Court for the Eastern District on November 21, 2025 (Dkt. No. 1).

WHEREAS, on February 12, 2026, the Parties attended a scheduling conference in this matter before United States Magistrate Judge Erica P. Grosjean, and a Scheduling Conference Order (Dkt No. 10) was subsequently issued, which set the following dates and/or deadlines:

| | |
|---|---|
| Initial Disclosures | February 2, 2026 |
| Nonexpert Discovery Cutoff | December 11, 2026 |
| Expert Disclosure | January 12, 2027 |
| Rebuttal Expert Disclosure | February 11, 2027 |
| Expert Discovery Cutoff | March 16, 2027 |
| Dispositive Motion Filing Deadline | April 30, 2027 |
| Mid-Discovery Conference | August 24, 2027 |
| Pretrial Conference | August 30, 2027 |
| Jury Trial | November 2, 2027 |

WHEREAS, the Parties are currently scheduled to attend a private mediation with mediator, David Phillips, Esq., on December 22, 2026, which was the first available date that worked for the Parties.

/ / /

WHEREAS, in light of the upcoming mediation, the Parties met and conferred to discuss the status of discovery in this matter, and to focus their efforts towards potential resolution and conserve the Court's and the Parties' resources, the Parties agreed — subject to the Court's approval — to briefly continue the following deadlines by approximately 90 days:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Nonexpert Discovery Cutoff | December 11, 2026 | March 11, 2027 |
| Expert Disclosure | January 12, 2027 | April 12, 2027 |

| | | |
|---|---|---|
| Rebuttal Expert Disclosure | February 11, 2027 | May 12, 2027 |
| Expert Discovery Cutoff | March 16, 2027 | June 14, 2027 |
| Dispositive Motion Filing Deadline | April 30, 2027 | July 29, 2027 |

WHEREAS, the Parties agree that neither Party will be prejudiced by a brief continuance of the aforementioned deadlines and in fact, agree that good cause exists for the requested continuance to allow the Parties to focus their efforts on potential resolution while the Parties conserve resources.

WHEREAS, this is the Parties' first request for a continuance of any of the deadlines in the Scheduling Conference Order.

WHEREAS, the Parties are not currently seeking a continuance of the current trial date of November 2, 2027.

Now, therefore, the Parties stipulate and agree — subject to the Court's approval — to continue deadlines in the Scheduling Conference Order by approximately 90 days, as follows:

1. The non-expert discovery cutoff date for this matter will be extended from December 11, 2026, to March 11, 2027;
2. The Expert Disclosure deadline will be extended from January 12, 2027, to April 12, 2027;
3. The Rebuttal Expert Disclosure deadline will be extended from February 11, 2027, to May 12, 2027;
4. The Expert Disclosure Cutoff will be extended from March 16, 2027, to June 14, 2027; and
5. The Dispositive Motion Filing Deadline will be extended from April 30, 2027, to July 29, 2027.

**IT IS SO STIPULATED.**

Dated: October 9, 2026

**JAY S. ROTHMAN & ASSOCIATES**

By: *__/s/ Jay S. Rothman__*
Jay S. Rothman
Attorney for Plaintiff MIGUEL LOPEZ
*(**As authorized on 10/9/2026)*

Dated: October 12, 2026

**JACKSON LEWIS P.C.**

By: *__/s/ Christian J. Keeney__*
Christian Keeney, Esq.
Alis M. Moon, Esq.
Omar Mustafa, Esq.
Attorney for Defendant CENTRAL TRANSPORT LLC

ORDER

The Court, having read and considered the Parties' stipulation, and good cause having been shown, it is hereby ordered:

1. The non-expert discovery cutoff date for this matter will be extended from December 11, 2026, to March 11, 2027.

2. A status conference is set for March 29, 2027, at 10:00 a.m. To connect to the telephonic conference, the parties shall (1) dial 1-669-254-5252, (2) enter 161 733 0675 for the meeting ID followed by #, (3) enter # when asked for the participant ID, (4) enter 740484 for the meeting passcode followed by #, and (5) enter *6 to unmute. The parties shall file a joint status report no later than seven days prior to the conference.

3. The Expert Disclosure deadline will be extended from January 12, 2027, to April 12, 2027.

4. The Rebuttal Expert Disclosure deadline will be extended from February 11, 2027, to May 12, 2027.

5. The Expert Disclosure Cutoff will be extended from March 16, 2027 to June 14, 2027.

6. The Dispositive Motion Filing Deadline will be extended from April 30, 2027, to July 29, 2027.

7. The Pre-trial conference will be reset for January 10, 2028 at 1:30 p.m. before District Judge Jennifer L. Thurston.

8. The Jury-Trial will be reset for March 7, 2028 at 8:30 a.m. before District Judge Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: **October 13, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE